# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Miguel A. Montañez-Delbrey, et al., | CASE NUMBER: 96-2023 (HL) |
| Wilfredo Padilla Santana, et al., | 96-2025 (HL) |
| Andres Perez Cosme, et al., | 96-2026 (HL) |
| Carlos Rivera Bonilla, et al., | 96-2028 (HL) |
| Pedro L. Figueroa Estrella, et al., | 96-2029 (HL) |
| Manuel Felix Fernandez, et al., | 96-2030 (HL) |
| Jose Enrique Cruz Lugo, et al., | 96-2031 (HL) |
| Jose Barrero Matos, et al., | 96-2032 (HL) |
| Jose V. Tapia Hiraldo, et al., | 96-2042 (HL) |
| Plaintiffs, | |
| V. | |
| Pueblo International, Inc., | |
| Defendant. | |

**MOTION**

Date Filed: 9/1/99   Docket #30   [x] Plffs  [x] Defts
Title: Joint Motion Requesting Voluntary Dismissal with Prejudice
Opp'n Filed:   Docket #

RECEIVED & FILED 99 SEP -3 PH 2:11 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

**ORDER**

The Court hereby approves the parties' settlement.

Date 9-3-99     HECTOR M. LAFFITTE
                Chief U.S. District Judge

Rec'd:     EOD:

By:

